# Exhibit A



**U.S. Department of Justice**

Office of the Attorney General

*Washington, D.C. 20530*

MEMORANDUM FOR LAUREN ALDER REID

FROM:                    THE ACTING ATTORNEY GENERAL

Subject:                    Notice of Removal From the Senior Executive Service

This letter provides official notice that you will be removed from your Senior Executive Service (SES) position of Assistant Director, Executive Office for Immigration Review and from the federal service effective on January 20, 2025.  You are being removed from your SES position and the federal service based on Article II of the United States Constitution.

If applicable, you may have the right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action.  For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

_____                    ___1/20/25_____
Acting Attorney General                                                  Date

I acknowledge receipt of this notice of removal.  I understand that my acknowledgment of receipt does not constitute agreement with the action, and I understand that my refusal to acknowledge receipt does not void or otherwise prevent the removal action.